MJC:lml 95370 \pleading\95370Entry

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FRANKLIN SOLANO | : | |
| | : | |
| VS. | : | C.A. NO. 08-97S |
| | : | |
| CITY OF PROVIDENCE, through its Treasurer, Stephen T. Napolitano; PROVIDENCE POLICE DEPARTMENT; DEAN ESSERMAN, as Chief of the Providence Police Department; JAMES ANNIS; Individually and in his official capacity; and KENNETH WIGGINTON, Individually and in his official capacity | : | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of the defendants, James Annis and Kenneth Wigginton, in the above captioned matter.

DEFENDANTS,
By their Attorney,

/s/Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on to:

Angel Taveras, Esq.
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Kevin Bristow, Esq.
1309 Turks Head Bldg.
Providence, RI 02903

Kevin F. McHugh, Esq.
City Solicitor's Office
275 Westminster Street
Providence, RI 02903

/s/ Michael J. Colucci, Esq.