MJC:lml 95370 \pleading\95370Answer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FRANKLIN SOLANO | : | |
| | : | |
| VS. | : | C.A. NO. 08-97S |
| | : | Jury trial demanded |
| CITY OF PROVIDENCE, through its Treasurer, Stephen T. Napolitano; PROVIDENCE POLICE DEPARTMENT; DEAN ESSERMAN, as Chief of the Providence Police Department; JAMES ANNIS; Individually and in his official capacity; and KENNETH WIGGINTON, Individually and in his official capacity | : | |

**ANSWER OF DEFENDANTS,**
**JAMES ANNIS AND KENNETH WIGGINTON**

1. Admit.

2. Neither admitted nor denied.

3. No answer required by this defendant.

4. No answer required by this defendant.

5. No answer required by this defendant.

6. Admit.

7. Admit.

8. Admit as to Annis and Wigginton.

9. Admit as to date and time. Remainder of the allegations are unknown and denied.

10. Admit assigned to the area for crowd dispersal. No answer required as to the plaintiff's policy allegations.

11. Admit to dispersing members of the crowd. Unknown and denied as to food and particular parties.

12. Unknown and denied.

13. Unknown and denied.

14. Denied.

15. Denied.

16. Admit plaintiff was arrested. Remaining allegations are denied.

17. Admit.

18. Admit to being found not guilty.

19. Admit.

**COUNT I**

20. Defendants incorporate their answers to the said re-alleged paragraphs.

21. Admit acting under color of law.

22. Denied.

**WHEREFORE**, defendants demand judgment against the plaintiff.

**COUNT II**

23. Defendants incorporate their answers to the said re-alleged paragraphs.

24. Admit acting under color of law.

25. Denied.

**WHEREFORE**, defendants demand judgment against the plaintiff.

**COUNT III**

26. Defendants incorporate their answers to the said re-alleged paragraphs.

27. Denied.

28. Denied.

**WHEREFORE**, defendants demand judgment against the plaintiff.

**COUNT IV**

29. Defendants incorporate their answers to the said re-alleged paragraphs.

30. Denied.

31. Denied.

**WHEREFORE**, defendants demand judgment against the plaintiff.

**COUNT V**

32. Defendants incorporate their answers to the said re-alleged paragraphs.

33. Denied.

34. Denied.

**WHEREFORE**, defendants demand judgment against the plaintiff.

**COUNT VI**

35. Defendants incorporate their answers to the said re-alleged paragraphs.

36. Admit as to acting under color of law.

37. Denied.

**WHEREFORE**, defendants demand judgment against the plaintiff.

**COUNT VII**

38. Defendants incorporate their answers to the said re-alleged paragraphs.

39. Denied.

40. Denied.

**WHEREFORE**, defendants demand judgment against the plaintiff.

## AFFIRMATIVE AND/OR OTHER DEFENSES

1. Defendants plead the statute of limitations.

2. Plaintiff's claims under the equal protection clause and the Rhode Island State Constitution fail to state a claim upon which relief can be granted.

3. Defendants plead res judicata.

4. Defendants plead qualified immunity.

DEFENDANTS,
By their Attorney,

/s/Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

## CERTIFICATION

I certify that I sent a true copy of the within on to:

Angel Taveras, Esq.
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Kevin Bristow, Esq.
1309 Turks Head Bldg.
Providence, RI 02903

Kevin F. McHugh, Esq.
City Solicitor's Office
275 Westminster Street
Providence, RI 02903

/s/Michael J. Colucci, Esq.