AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

FRANKLIN SOLANO

Plaintiff

V.

CITY OF PROVIDENCE, through its Treasurer, Stephen T. Napolitano; PROVIDENCE POLICE DEPARTMENT: DEAN ESSERMAN, as Chief of the Providence Police Department; JAMES ANNIS, Individually and in his official capacity; and KENNETH WIGGINTON, Individually and in his official capacity

Defendants

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 08-97S

TO: PROVIDENCE POLICE DEPARTMENT
One Communications Place
Providence, Rhode Island

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

KEVIN J. BRISTOW, ESQ.
505 Turks Head Building
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within TWENTY (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 6/18/08

Randy Smith

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-7-08 |
| NAME OF SERVER (PRINT) Richard Bourque | TITLE Fed Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): Human Resources Prov Police Dept

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-7-08
Date

Richard Bourque
Signature of Server

RICHARD A BOURQUE
CONSTABLE #6013
75 HOLBURN AVE
CRANSTON RI 02910

Address of Server

RECEIVED
PROVIDENCE POLICE DEPT.
HUMAN RESOURCES BUREAU
2008 JUL -7 AM 9:36

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.